USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 2 8 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Jessica Labrie,

                       Plaintiff,

      -v-

Courtney Love Cobain, *et al*,

                      Defendants.
-----------------------------------------------------------------X

13 Civ. 01833 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Having shown satisfactory reasons for withdrawal, as required by Local Rule 1.4, defense counsel Freundlich Law's motion to withdraw as counsel of record and stay proceedings is granted.

    Defendant will have thirty days from the date of this order to find new counsel and have that counsel notice an appearance in this matter, or to inform the Court of her decision to proceed pro se. Defendant is counseled that failure to abide by the terms of this order could result in adverse action, including entry of default judgment against her, pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules. No decision in the pending motion to dismiss, Dkt. No. 22, will be issued during this thirty-day period.

    This resolves Dkt. No. 30.

    SO ORDERED.

Dated: October 28, 2013
       New York, New York

                                         _____
                                           ALISON J. NATHAN
                                        United States District Judge