

**LINSEY**
L A W  F I R M  PLLC

11 Broadway, Suite 615
New York, New York 10004
Tel: (212) 480-8807
www.LLFNY.com

James L. Linsey
Counsellor at Law

**April 22, 2014**

james@llfny.com
Admitted in NY & NJ

**BY ECF**
Honorable Alison J. Nathan
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street
New York, New York 10007-1312

Re: *Labrie v. Cobain,* 13-CIV-1833 (AJN)

Dear Judge Nathan:

Today, I was retained as local counsel for plaintiff in this case that was recently transferred to the Southern District of New York from California. I write to ask respectfully for a brief adjournment of the pretrial conference scheduled before Your Honor on May 2, 2014, as well as certain supplemental briefing dates. The reason for this request is that tomorrow I will be leaving to travel to Hong Kong and the Philippines. I will return on May 3, 2014. Accordingly, I would propose the following dates, to which Roger Raymond, counsel for defendant, states he has no objection:

Pretrial Conference
from May 2 to May 16, 2014 (with proposed case management plan filed one week before).

Plaintiff's Opp. to Defendant's Supp. Memo. on Motion to Dismiss
from April 23 to May 7, 2014

Defendant's Reply on Supp. Memo. in Support of Motion to Dismiss
From April 30 to May 14, 2014
I plan to file a notice of appearance in this action very shortly.

Thank you for the Court's consideration and understanding.



Respectfully submitted,

James L. Linsey

cc: Roger Raymond, Esq. (by ECF)