**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**

875 THIRD AVENUE, 9TH FL.

NEW YORK, NEW YORK 10022

———

(212) 603-6300

———

FAX (212) 956-2164

May 23, 2014

**VIA ECF**

Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

      Re:    Jessica Labrie v. Courtney Love Cobain
                  Civil Action No.: 13-Civ-1833

Dear Judge Nathan:

      We represent Defendant in the above- referenced action pending before Your Honor. We submit this letter in accordance with Your Honor's Order dated May 16, 2014, directing the parties to submit a joint letter to the Court either consenting or objecting to mediation. Having conferred, the parties have agreed to mediation and request Your Honor refer this matter to a magistrate judge for same.

      Thank you for your kind attention to this matter.

                                         Respectfully submitted,

                                         By: _____
                                                 James Linsey
                                              Counsel for Plaintiff

                                         ROBINSON BROG LEINWAND GREENE
                                         GENOVESE & GLUCK P.C.

                                         By: _____
                                                 Michael A. Eisenberg
                                                 Counsel for Defendant