ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

875 THIRD AVENUE, 9TH FL.

NEW YORK, NEW YORK 10022

---

(212) 603-6300

---

FAX (212) 956-2164

May 23, 2014

**VIA ECF**

Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

   Re: Jessica Labrie v. Courtney Love Cobain
     Civil Action No.: 13-Civ-1833

Dear Judge Nathan:

  We represent Defendant in the above- referenced action pending before Your Honor. We submit this letter in accordance with Your Honor's Order dated May 16, 2014, directing the parties to submit a joint letter to the Court either consenting or objecting to mediation. Having conferred, the parties have agreed to mediation and request Your Honor refer this matter to a magistrate judge for same.

  Thank you for your kind attention to this matter.

            Respectfully submitted,

            By: _____
              James Linsey
              Counsel for Plaintiff

            ROBINSON BROG LEINWAND GREENE
            GENOVESE & GLUCK P.C.

            By: _____
              Michael A. Eisenberg
              Counsel for Defendant