ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

875 THIRD AVENUE, 9TH FL.

NEW YORK, NEW YORK 10022

(212) 603-6300

FAX (212) 956-2164

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 27 2014

May 23, 2014

SO ORDERED: 5/27/14

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

**VIA ECF**

Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

    Re:    Jessica Labrie v. Courtney Love Cobain
             <u>Civil Action No.: 13-Civ-1833</u>

Dear Judge Nathan:

    We represent Defendant in the above- referenced action pending before Your Honor. We submit this letter in accordance with Your Honor's Order dated May 16, 2014, directing the parties to submit a joint letter to the Court either consenting or objecting to mediation. Having conferred, the parties have agreed to mediation and request Your Honor refer this matter to a magistrate judge for same.

    Thank you for your kind attention to this matter.

Respectfully submitted,

By: _____
      James Linsey
      Counsel for Plaintiff

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.

By: _____
      Michael A. Eisenberg
      Counsel for Defendant

> The parties' request is granted and the Court will refer the case to the magistrate judge for settlement. The parties are further ordered to submit to the Court by June 2, 2014, a joint letter indicating whether they have scheduled a settlement conference, and if they have, the date of the conference.
> SO ORDERED.