

11 Broadway, Suite 615
New York, New York 10004
Tel: (212) 480-8807
www.LLFNY.com

James L. Linsey
Counsellor at Law

james@llfny.com
Admitted in NY & NJ

May 30, 2014

Matthew Yogg
Associate

matthew@llfny.com

**BY ECF**
Honorable Alison J. Nathan
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007-1302

Re:  *Labrie v. Cobain*, 13-CIV-1833 (AJN)

Dear Judge Nathan:

In accordance with the Court's Order of May 27, 2014, this is to advise that Magistrate Judge Pitman has set a telephone conference for 9:45 a.m., on Tuesday, June 3, 2014, to address scheduling for mediation in this case.  In the meantime, the parties are trying to settle the matter privately.

Thank you for the Court's attention to this matter.

Respectfully submitted,

/s/
James L. Linsey
LINSEY LAW FIRM PLLC
11 Broadway, Ste. 615
New York, New York 10004
(212) 480-8807
james@llfny.com
Counsel for Plaintiff

/s/
Roger A. Raimond
ROBINSON BROG LEINWAND GREEN
GENOVESE & GLUCK P.C.
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300
rar@robinsonbrog.com
Counsel for Defendant

