

11 Broadway, Suite 615
New York, New York 10004
Tel: (212) 480-8807
www.LLFNY.com

James L. Linsey
Counsellor at Law
james@llfny.com

Admitted in NY & NJ

Matthew R. Yogg
Associate
matthew@llfny.com

June 19, 2014

Hon. Alison J. Nathan
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:      Labrie v. Cobain
                    Case No. 1:13-cv-01833-AJN

Dear Judge Nathan:

This office represents the plaintiff, Jessica Labrie, in the above-captioned matter.

The Parties have agreed to a settlement, which has been memorialized in a confidential agreement and duly executed by both sides as of today. Accordingly, the Parties now jointly request that this Court stay the proceedings until February 2, 2015, at which time, upon fulfillment all of Defendant's obligations under the agreement, the Parties shall duly file a stipulation of discontinuance pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

    /s/

James L. Linsey
LINSEY LAW FRIM PLLC
*Attorneys for Plaintiff*


cc:    Michael A. Eisenberg (via ECF)
        Susan M. Swan (via ECF)