UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
Jessica Labrie,                                               :
                                                              :  13- Civ. 01833 (AJN)
                    Plaintiff,                                :
                                                              :
    v.                                                        :
                                                              :  **STIPULATION**
                                                              :
Courtney Love Cobain,                                         :
                                                              :
                    Defendant.                                :
                                                              :
------------------------------------------------------------- X

      WHEREAS, the parties have entered into a settlement agreement (the "Agreement") resolving the dispute between them; and

      WHEREAS, pursuant to the terms of the Agreement, the obligations of the parties shall not be fulfilled until February 2, 2015, at which time, upon due completion of said obligations, the parties shall file a stipulation discontinuing this action; and

      WHEREAS, the parties request this Court stay this action pending completion of the aforementioned obligations;

      NOW THEREFORE, IT IS HEREBY STIPULATED BY THE UNDERSIGNED THAT:

1.     All proceedings in this action in this Court are stayed, effective immediately, until February 2, 2015, or until such time as an event occurs under the Agreement requiring reinstatement of this action.

2.     Any deadlines set forth in the Scheduling Order presently in effect shall be stayed the same number of days that this stay remains in effect.

{00683919.DOCX;1 }

3. Within five (5) days of completion of the obligations under the Agreement, the parties will file a stipulation of discontinuance terminating this action.

Dated: July 8, 2014
New York, New York

LINSEY LAW FIRM, PLLC

By: _____
James L. Linsey, Esq.
11 Broadway, Suite 615
New York, New York 10004
**Attorney for Plaintiff**

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.

By: _____
Roger A. Raimond, Esq.
875 Third Avenue, 9th FL
New York, New York 10022
(212) 603-6300
**Attorney for Defendant**

So Ordered:

_____
Hon. Alison J. Nathan