UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jessica Labrie,<br><br>             Plaintiff,<br><br>- against -<br><br>Courtney Love Cobain,<br><br>             Defendant. | No. 13 Civ. 01833 (AJN) |

**MOTION TO STAY PROCEEDINGS PENDING COMPLETION
OF SETTLEMENT OBLIGATIONS**

    Plaintiff Jessica Labrie hereby respectfully moves this Court to stay proceedings. The Parties have agreed to a settlement, which has been memorialized in a confidential agreement and duly executed by both sides as of July 8, 2014. Accordingly, Plaintiff now requests that this Court stay the proceedings until February 2, 2015, at which time, upon fulfillment all of Defendant's obligations under the agreement, the Parties shall duly file a stipulation of discontinuance pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

A proposed Order, along with the duly executed Stipulation to stay the proceedings, are hereto attached.

Respectfully submitted,

Dated: July 10, 2014
      New York, New York

_____/s/_____.
James L. Linsey
LINSEY LAW FIRM, PLLC
11 Broadway, Suite 615
New York, New York 10004
Telephone:  (212) 480-8807
Facsimile:  (212) 480-8560
james@LLFNY.com

*Attorneys for Plaintiff*