UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
Jessica Labrie,                                              :
                                                             :  13- Civ. 01833 (AJN)
                    Plaintiff,                               :
                                                             :
        v.                                                   :  **STIPULATION OF DISMISSAL**
                                                             :
                                                             :
Courtney Love Cobain,                                        :
                                                             :
                    Defendant.                               :
                                                             :
------------------------------------------------------------ X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that Plaintiff hereby dismisses this action with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with each party to bear its own fees and costs.

Dated: New York, New York
       March 11, 2015

| | |
|---|---|
| **LINSEY LAW FIRM, PLLC** | **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.** |
| By:_____ | By:_____ |
| James L. Linsey, Esq. | Roger A. Raimond, Esq. |
| 11 Broadway, Suite 615 | 875 Third Avenue, 9th FL |
| New York, New York 10004 | New York, New York 10022 |
| **Attorney for Plaintiff** | (212) 603-6300 |
| | **Attorney for Defendant** |

So Ordered:

_____
Hon. Alison J. Nathan

{00718745.DOCX;1 }