UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

Jessica Labrie,

                Plaintiff,

      v.

Courtney Love Cobain,

                Defendant.

-------------------------------------------------------------- X

13- Civ. 01833 (AJN)

STIPULATION OF DISMISSAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 12 2015

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that Plaintiff hereby dismisses this action with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with each party to bear its own fees and costs.

Dated: New York, New York
       March 11, 2015

LINSEY LAW FIRM, PLLC

By: _____
    James L. Linsey, Esq.
11 Broadway, Suite 615
New York, New York 10004
Attorney for Plaintiff

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.

By: _____
    Roger A. Raimond, Esq.
875 Third Avenue, 9th FL
New York, New York 10022
(212) 603-6300
Attorney for Defendant

So Ordered:

_____
Hon. Alison J. Nathan

3/12/15

{00718745.DOCX;1 }